IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| Ashley W. and Betty W., minors, by Next Friend Denise DURNELL; Thomas M. and Milo S., minors, by Next Friend Robin HERBERT; Jaidyn R. and James M., minors, by Next Friend Gabrielle HULL; Logan S., a minor, by Next Friend Gloria COYLE; Sara O., a minor, by Next Friend Holly CARROW; Desmond C., a minor, by Next Friend Alan FOREMAN; and Braxton F., a minor, by Next Friend Cara WIENEKE; individually and on behalf of all children who are, or will be, in the custody of the Indiana Department of Child Services, <br><br> Plaintiffs, <br><br> v. <br><br> Eric HOLCOMB, in his official capacity as the Governor of Indiana; Terry STIGDON, in her official capacity as the Director of the Indiana Department of Child Services; and the INDIANA DEPARTMENT OF CHILD SERVICES, <br><br> Defendants. | Case No. 3:19-cv-129-RLY-MPB |

**NOTICE OF FILING OF
AMENDED CLASS ACTION COMPLAINT**

Plaintiffs by and through their undersigned counsel, hereby provide notice of the filing of their Amended Class Action Complaint ("Amended Complaint") as a matter of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ *Melissa L. Keyes*
Melissa Keyes, No. 30152-49
Nikki Gray, No. 31209-49

Indiana Disability Rights
4701 North Keystone Avenue, Suite 222
Indianapolis, Indiana 46205
Tel.: (317) 722-5555
Fax: (317) 722-5564
mkeyes@indianadisabilityrights.org
ngray@indianadisabilityrights.org

Marcia Lowry, *pro hac vice pending*
Anastasia Benedetto, *pro hac vice pending*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org

Aaron Marks, *pro hac vice pending*
Carrie Bodner, *pro hac vice pending*
Kara Cheever, *pro hac vice pending*
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Fax: (212) 446-4900
aaron.marks@kirkland.com
carrie.bodner@kirkland.com
kara.cheever@kirkland.com

Kristen Bokhan, *pro hac vice pending*
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel.: (202) 389-5000
Fax: (202) 389-5200
kristen.bokhan@kirkland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this filing is available via the Court's electronic filing system and copies of the foregoing, with the amended complaint, will be served via certified mail upon the following:

Eric Holcomb, in his official capacity as Governor of the State of Indiana
Office of the Governor
Statehouse, 200 W. Washington St., Room 206
Indianapolis, Indiana 46204
c/o Curtis Hill
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Indiana Department of Child Services
302 W. Washington Street Room E306
Indianapolis, IN 46204

Terry J. Stigdon, in her official capacity as Director of Indiana Department of Child Services
Indiana Department of Child Services
302 W. Washington Street Room E306
Indianapolis, IN 46204

s/ *Melissa L. Keyes*
Indiana Disability Rights
4701 North Keystone Avenue, Suite 222
Indianapolis, Indiana 46205