UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEY W. and BETTY W., minors, by Next Friend, Denise Durnell, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC HOLCOMB, in his official capacity as the Governor of Indiana,<br>TERRY STIGDON, in her official capacity as the Director of the Indiana Department of Child Services, and<br>DEPARTMENT OF CHILD SERVICES,<br><br>Defendants. | No. 3:19-cv-00129-RLY-MPB |

**JUDGMENT**

Pursuant to the Order issued this date, judgment is entered in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 23rd day of June 2022.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1